IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS EASLY,

           Plaintiff,

    v.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

           Defendant.

Case No. 6:12-cv-01173-JE

ORDER

Rory Joseph Linerud
LINERUD LAW FIRM
P.O. Box 1105
Salem, OR 97308-1105

    Attorney for Plaintiff

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Ave., Ste. 600
Portland, OR 97204

Jeffrey R. McClain
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel

1 - ORDER

701 Fifth Avenue, Ste. 2900, M/S 221A
Seattle, WA 98104

    Attorneys for Defendants

HERNANDEZ, District Judge:

    Magistrate Judge John Jelderks issued a Findings and Recommendation (dkt. #15) on August 28, 2013, recommending that the final decision of the Social Security Commissioner (the "Commissioner") be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and rule 72(b) of the Federal Rules of Civil Procedure.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

    The Court ADOPTS the Magistrate Judge's Findings and Recommendation (dkt. #15). Accordingly, the Commissioner's final decision is affirmed.

    IT IS SO ORDERED.

DATED this __2__ day of __Oct__, 2013.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER